IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                   CASE NO. 5:10-cr-9-RS

NANCI BOTTOMS,

       Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 104. No objections were filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 244) is **DISMISSED with prejudice** as untimely.

4. The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.

3. The clerk is directed to close the file.

**ORDERED** on July 21, 2014.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**